FILED

07/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0195

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0195

_____

IN RE THE MARRIAGE OF:

TIFFANEY GRIGG,

      Petitioner and Appellee,

  and

PETER GRIGG,

      Respondent and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2022